**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Kalisa J Roark**
*Surviving Spouse of Michael Roark, Deceased*,

  **Plaintiff,**

-vs-                  Case No.  3:10-CV-87

**Commissioner of Social Security,**

  **Defendant.**
_____

## JUDGMENT IN A CIVIL CASE

  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that: (1) The ALJ's non-disability finding be found not supported by substantial evidence, and REVERSED; (2) Judgment be entered in favor of Plaintiff awarding benefits; and (3) this case be CLOSED.

Date:  March 1, 2011            JAMES BONINI, CLERK

                     By:s/Lori Kelsey
                     Lori Kelsey,  Deputy Clerk